371 A.2d 240
Commonwealth v. Sciarrillo, Appellant.

Submitted March 22, 1976. Mitchell S. Lipschutz, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 241
Commonwealth v. Scott, Appellant.

Argued December 10, 1975. Hugh C. Clark, for appellant; David Fabe Michelman, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.